## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEONARD RAY, JR. AND | * | CIVIL ACTION NO.: 2:23-cv-01749 |
| GWENDOLYN J. RAY | * | |
|     Plaintiffs, | * | |
| | * | JUDGE/SECTION: |
|     vs. | * | DARREL JAMES PAPILLION/"P" |
| | * | |
| GEOVERA SPECIALTY | * | MAGISTRATE JUDGE/DIVISION: |
| INSURANCE COMPANY | * | MICHAEL B. NORTH/"5" |
|     Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Leonard Ray, Jr. and Gwendolyn J. Ray and Defendant, Geovera Specialty Insurance Company, who hereby stipulate and agree that this matter has been amicably resolved, and that the above-referenced cause may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 26, 2025.

                                            Respectfully Submitted:

                                            */s/ Ryan M. Ginn*
                                            Jeanne S. Arceneaux, Esq. LSBA No. 36035
                                            Kelly S. Rizzo, Esq. LSBA No.No. 33388
                                            Ryan M. Ginn, Esq. LSBA No. 40185
                                            **KELLEY KRONENBERG, PA**
                                            400 Poydras Street, Suite 2400
                                            New Orleans, Louisiana 70130
                                            Phone: 504-208-9055
                                            Email: jarceneaux@kelleykronenberg.com
                                            Email: krizzo@kelleykronenberg.com
                                            Email: rginn@kelleykronenberg.com
                                            *Counsel for Defendant, GeoVera Specialty Insurance Company*

                                            */s/ Erik R. Noland*
                                            Erik R. Noland, Esq. LSBA No. 37245
                                            Noland Law Office, LLC
                                            533 Europe Street
                                            Baton Rouge, LA 70802
                                            (225) 719-1950
                                            Email: erik@nolandlawoffice.com

1

*Counsel for Plaintiff*