UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEONARD RAY, JR. AND** | * | **CIVIL ACTION NO.: 2:23-cv-01749** |
| **GWENDOLYN J. RAY** | * | |
| **Plaintiffs,** | * | |
| | * | **JUDGE/SECTION:** |
| **vs.** | * | **DARREL JAMES PAPILLION/"P"** |
| | * | |
| **GEOVERA SPECIALTY** | * | **MAGISTRATE JUDGE/DIVISION:** |
| **INSURANCE COMPANY** | * | **MICHAEL B. NORTH/"5"** |
| **Defendant.** | * | |

*************************************************************************

## ORDER

Considering the foregoing Joint Stipulation of Dismissal with Prejudice (R. Doc. 32);

IT IS ORDERED that all claims against Geovera Specialty Insurance Company, be dismissed with prejudice.

IT IS FURTHER ORDERED that each party will bear its own costs.

New Orleans, Louisiana, this 27th day of February 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**